THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DARRELL WIMBERLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:10-CV-99-TMH |
| | ) | [WO] |
| | ) | |
| AUBURN POLICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this case be dismissed with prejudice as to the § 1983 claims, and without prejudice as to Plaintiff's challenge to the constitutionality of the conviction and sentence imposed upon him.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 12th day of March, 2010.


/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE